UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marlon Aguirre,

                    *Plaintiff,*

v.

Torino Pizza, Inc. d/b/a Stella's Pizzeria,
Torino Bakery, Inc., Francis Vacante, and
Maria Vacante,

                    *Defendants.*

Civ. No. 18-CV-2004

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice and without costs to either party other than those costs already paid pursuant to the parties' settlement agreement, against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(2).

                                                                Respectfully Submitted,

TREYBICH LAW, P.C.                             KAKALEC LAW PLLC

By: Michael Treybich                              By: Patricia Kakalec
272 Mill Street, 2nd Floor                       85 Broad Street, 16th Floor
Poughkeepsie, NY 12601                       New York, NY 10004
(845) 554-5295                                           (212) 705-8730
michael@treybichlaw.com                       Patricia@KakalecLaw.com
*Counsel for Defendants*                            *Counsel for Plaintiff*

SO ORDERED:

Dated: White Plains, NY
         February _____, 2019

_____
Kenneth M. Karas, U.S.D.J.